FILED
CLERK, U.S. DISTRICT COURT
May 18, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION - SPRING STREET COURTHOUSE

| | |
|---|---|
| DIVISION-D, INC., a Missouri corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ENGAGE:BDR, LLC, f/k/a ENGAGE:BDR, INC., a California limited liability corporation, and DOES 1-10,<br><br>    Defendant. | Case No.: 2:20-cv-03454-SB-JPR(x)<br><br>Assigned to: Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 14, 2020<br>Trial Date: June 15, 2021 |

1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

# ORDER

Having reviewed the Joint Stipulation of Dismissal With Prejudice ("Stipulation") submitted jointly by Plaintiff Division-D, Inc., ("Division-D"), and Defendant Engage:BDR, LLC f/k/a Engage:BDR, Inc. ("Engage:BDR") and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and for good cause appearing therefore, the Court hereby GRANTS the stipulation as follows:

1. This Action is hereby dismissed in its entirety with prejudice; and
2. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1433 (9th Cir. 1995).

**IT IS SO ORDERED.**

Dated: May 18, 2021

Stanley Blumenfeld, Jr.
United States District Judge